IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| MMA LAW FIRM, PLLC § | | |
|     DEBTOR § | CASE NO. | 24-31596 |
| § | | |
| MMA LAW FIRM, PLLC § | | |
|     Plaintiff § | | |
| § | | |
| v. § | ADVERSARY NO. 24-03134 | |
| THE VOORHIES LAW FIRM § | | |
|     Defendants. § | | |
| § | | |

## PRELIMINARY INJUNCTION

On April 9, 2024, MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) (**"MMA" or "Debtor"**) filed a Chapter 11 bankruptcy case in the Southern District of Texas. The Debtor asserts that it has an interest in attorney's fees and expenses in numerous cases where the Debtor's former clients or purported clients are now clients of The Voorhies Law Firm (**"Former Cases"**), which cases are reflected on the attached **Exhibit 1**.

- On July 2, 2024, the Debtor filed an Adversary Proceeding against The Voorhies Law Firm (**"Voorhies"**) alleging that Voorhies violated Section 362 of the Bankruptcy Code.

- On July 2, 2024, the Debtor filed an Emergency Motion for Temporary Restraining Order [Docket No. 2] (**"TRO"**).

- On July 8, 2024, the Court entered an "Agreed Temporary Restraining Order" [Docket No. 10].

- On July 17, 2024, the Court entered an "Agreed Extension of Temporary Restraining Order" [Docket No.14].

- On August 1, 2024, the Court entered a "Second Agreed Extension of Restraining Order" [Docket No. 17].

This Agreed Preliminary Injunction is entered into by the Debtor and Voorhies regarding the pending Former Cases. The Debtor and Voorhies hereby agree to, and the Court hereby approves, the terms and procedures set forth below with respect to the Former Cases so that they may proceed to final resolution, and it is therefore:

**ORDERED** that Defendant Voorhies, and each of its agents, servants, employees and attorneys, including all those acting in concert or in participation with any of them, ARE HEREBY ENJOINED from taking any action, directly or indirectly, to prosecute claims regarding the Debtor's interest or any entitlement to fees or costs reimbursement in the Former Cases without further order from the Bankruptcy Court; except, it is further

**ORDERED** that nothing in this Injunction prevents Voorhies from otherwise continuing to prosecute the Former Cases on behalf of its clients and nothing in this Injunction prevents the clients in the Former Cases from recovering their portion of any settlement or award in a Former Case, without further order from this Court (the "**Final Case Resolutions**"), and it is further

**ORDERED** that the automatic stay under Section 362 of the Bankruptcy Code is modified, to the extent applicable, to allow Voorhies to continue in the prosecution of the Former Cases, including (but not limited to) obtaining judgments, settling, dismissing and/or otherwise finally resolving the Former Cases (the "**Final Case Resolutions**"), and it is further

**ORDERED** that to the extent Voorhies is entitled to attorneys' fees as a result of any Final Case Resolutions (the "**Attorneys' Fees**"), Voorhies shall hold 45% of such Attorneys' Fees, in trust, in a non-operating Voorhies bank account pending a final determination, either by settlement or entry of an order by a court of competent jurisdiction, of MMA's entitlement to fees and/or costs on account of such Final Case Resolutions (the "**MMA Reserve**"), and it is further

**ORDERED** that other than the MMA Reserve, the automatic stay under Section 362 of the Bankruptcy Code is modified, to the extent applicable, to allow the final disbursement of any and all proceeds (other than the MMA Reserve) from Final Case Resolutions to: (i) Voorhies clients in the Former Cases, (ii) Voorhies for its fees and costs (net of the MMA Reserve) and (iii) any other appropriate party without further order of the Court and the MMA bankruptcy estate shall have no claim to such funds (save and except the MMA Reserve), and it is further

**ORDERED** that notwithstanding anything to the contrary in this Order, any insurance company, defendant or other party making payments on account of claims asserted in the Former Cases and/or on account of any Final Case Resolutions may do so without further order of this Court and shall not be subject to any claims by the MMA bankruptcy estate on account of such claims and payments so long as all other provisions of this Order are complied with, and it is further

**ORDERED** that notwithstanding anything to the contrary in this Order, any insurance company, defendant or other third-party making payments on account of claims asserted in the Former Cases and/or on account of any Final Case Resolutions may do so without further order of this Court and shall not be subject to any claims by the MMA bankruptcy estate on account of such claims and payments, and it is further

**ORDERED** that Voorhies is authorized to endorse any settlement check or check for fees and/or costs it receives related to Former Cases on behalf of MMA for purposes of disbursing such funds and funding the MMA Reserve in accordance with this Order, however prior to endorsing any settlement check on behalf of MMA (as set forth above), Voorhies shall provide written (electronic/email) notice of its intent to endorse, along with a copy of the check(s) it intends to negotiate, to the Debtor and counsel for the Adversary Debtor. Notice shall be provided to zach@mma-pllc.com, kohlsson@mma-llc.com, and mgoott@walkerandpatterson.com. If there is an objection to Voorhies negotiating any particular check, such objection shall be sent by response email to the sender within two (2) business days. If an email objection is received within 2 business days, the check shall not thereafter be endorsed absent agreement between Voorhies and MMA or Bankruptcy Court order, and it is further

**ORDERED** that all rights of MMA and Voorhies to the MMA Reserve are expressly reserved, and nothing herein shall constitute an admission by either MMA or Voorhies with respect to their respective entitlement to the funds held in the MMA Reserve, and it is further

**ORDERED** that except as stated explicitly herein, nothing herein waives either party's rights, whether pursuant to Rule 7012, *forum non conveniens*, withdrawal of the reference, right to jury trial, or otherwise.

Dated: _____

_____
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

AGREED AS TO FORM AND CONTENT:

| | |
|---|---|
| By: */s/ Johnie Patterson* <br> Johnie Patterson <br> SBN 15601700 <br> W<small>ALKER</small> & P<small>ATTERSON</small>, P.C. <br> P.O. Box 61301 <br> Houston, TX 77208 <br> jjp@walkerandpatterson.com <br> 713.956.5577 (telephone) <br> 713.956.5570 (fax) <br> *Proposed Counsel for the Debtor* | */s/ Albert J. Derbes, IV* <br> ALBERT J. DERBES, IV (TX BAR NO. 24030171) <br> ERIC J. DERBES (TX BAR NO. 24009844) <br> T<small>HE</small> D<small>ERBES</small> L<small>AW</small> F<small>IRM</small>, LLC <br> 3027 Ridgelake Drive <br> Metairie, LA 70002 <br> Telephone: (504) 837-1230 <br> Facsimile: (504) 832-0322 <br> Email: AJDIV@derbeslaw.com <br> Email: EDerbes@derbeslaw.com <br> *Attorneys for The Voorhies Law Firm* |

| NAME(S) | JURISDICTION | CASE NO. |
| --- | --- | --- |
| Adams, Marjorie | EDLA | 23-3749 |
| Adkins, Eric | EDLA | 23-4422 |
| Anderson, Wilfred | 29th JDC | 92943 |
| Andre, Marie D. & Raynaud Jean | 24th JDC | 845859 |
| Barnes, Ronnie & Dee Dee | 21st JDC | 2023-2931 |
| Boudoin, Joseph | 32nd JDC | 197344 |
| Brooks, Larry | EDLA | 23-3588 |
| Cantrelle, Adam | EDLA | 23-3581 |
| Casmere, Sabrina | EDLA | 23-3562 |
| Catalanatto, Myra & Vincent | 21st JDC | 2023-2975 |
| Cenni, Paolo | 21st JDC | 2023-2949 |
| Chambers, Isamae | CDC | 23-9619 |
| Chaney, Patricia | MDLA | 23-1021 |
| Christophe, Lesley & Aaron | CDC | 23-8536 |
| Coco, Sarah | 24th JDC | 846-474 |
| Coleman, Gloria | EDLA | 23-5863 |
| Colletti, Colt | 24th JDC | 845-567 |
| Davis, Michelle | EDLA | 23-5970 |
| Duet, Clifton | 34th JDC | 23-1109 |
| Embry, Kris | CDC | 23-9189 |
| Fleegle, Anita | MDLA | 23-1114 |
| Fontanille, Mark | EDLA | 23-5786 |
| Foret, Alice | EDLA | 23-4967 |
| Frank, Benjamin | EDLA | 23-4228 |
| Guillot, Kimberly | 12th JDC | 2023-1466 |
| Gunther, Gregory | EDLA | 23-4897 |
| Hall, Shawanda & Charles | 24th JDC | 845-614 |
| Hammond, Kathleen | EDLA | 23-3589 |
| Jackson, Ernest | MDLA | 23-1070 |
| Jackson, Lafunzo | MDLA | 23-1003 |
| Jarboe, Cody | 32nd JDC | 197499 |
| Jerome, Joseph | EDLA | 23-3770 |
| Jobert, Louis | 22nd JDC | 2023-14922 |
| Johnson, Alicia | WDLA | 24-00029 |
| Jordan, Justin | 21st JDC | 2023-3169 |
| Lee, Yolanda | 40th JDC | 80430 |
| McBride, Vernell | 32nd JDC | 197571 |
| Meyers, Christopher J. | 22nd JDC | 2023-15316 |
| Morel, Derryl & Bonnie | 25th JDC | 68-367 |
| Nguyen, John | 24th JDC | 845-496 |
| Page, Betty | 21st JDC | 179520 |
| Pierre, Betty | 32nd JDC | 197569 |

| NAME(S) | JURISDICTION | CASE NO. |
|---|---|---|
| Pierre, Letonia | 40th JDC | 80444 |
| Pitman, Travis L. | 21st JDC | 179377 |
| Porter, Robert | EDLA | 23-4902 |
| Preyer, William Carl | 29th JDC | 92779 |
| Robertson, Anika | EDLA | 23-7387 |
| Robinson, Derrick | EDLA | 23-3915 |
| Romain, Justin | 24th JDC | 844-487 |
| Ruiz, Ronald | EDLA | 23-3878 |
| Sims, Barbara | CDC | 23-9097 |
| Sinegar, Norman | CDC | 23-9128 |
| Smith, III Riley | 4th JDC | 2023-3148 |
| Solomon, Otheodore | CDC | 23-9438 |
| Spriggens, Diana & Robert | CDC | 23-9508; 23-9512; 23-9515; 23-9521; 23-9550; |
| Spriggens, Robert | CDC | 23-9409 |
| Steib, Renee | MDLA | 23-cv-00708 |
| Thomas, Ellis | 21st JDC | 2023-3179 |
| Torres, Willie | 21st JDC | 2022-3830 |
| Triana, Alexis | 24th JDC | 845-452 |
| Vining, Gustina | 21st JDC | 2023-3321 |
| Viveiros, Bonnie | MDLA | 23-1386 |
| Watts, Quanah | 21st JDC | 2023-2989 |
| White, Pam | 21st JDC | 2023-2970 |
| Williams, James | EDLA | 23-3839 |
| Willis, Robert | EDLA | 23-CV-01387 |
| Young, Roynel | EDLA | 23-3594 |